UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG ATKINS, #197385,

       Plaintiff,                      Case No.  07-10547

v.                                   District Judge Lawrence P.  Zatkoff
                                      Magistrate Judge R.  Steven Whalen

SEETHA VADLAMUDI, et al.,

       Defendants.

_____/

## ORDER REGARDING SEALED DOCUMENTS

This matter having come before this Court and the Court being otherwise fully informed,

**IT IS ORDERED** that the original and any copies of attachments to **Defendant's Exhibit 1 (Excerpts of Medical Records),** provided by Defendants in the above captioned case, be placed under seal and not incorporated into the regular record of the case.

**IT IS FURTHER ORDERED** that Defendant's Motion for a Protective Order to Seal Documents is **GRANTED,** and the sealed medical records excerpts shall remain under seal until further order of this Court.

                                                  S/R.  Steven Whalen
                                                R.  STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 6, 2007.

                                        S/G. Wilson
                                        Judicial Assistant